THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT GELLIS, Appellant.—

730

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.